## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID BURGOS,

      Plaintiff,

   v.

DR. DOLL and I. MYERS,

      Defendants.

No. 3:20-CV-00135

(Judge Brann)

## ORDER

### JUNE 2, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Myers' motion for summary judgment, Doc. 49, is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant Myers and as against Plaintiff on all claims in the complaint;

3. Defendant Dr. Doll is **DISMISSED** pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge